UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Mary Peoples,<br><br>        Plaintiff,<br>v.<br><br>Northstar Location Services, LLC; and DOES 1-10, inclusive,<br><br>        Defendants. | Civil Action No.: 5:14-cv-01205-BYP |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated July 22, 2014

                                        Respectfully submitted,

                                        By:   /s/ *Sergei Lemberg*

                                        Sergei Lemberg, Esq.
                                        LEMBERG LAW, L.L.C.
                                        A Connecticut Law Firm
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile: (203) 653-3424
                                        Email: slemberg@lemberglaw.com
                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Sergei Lemberg_____

                                        Sergei Lemberg