PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARY PEOPLES, | ) | |
| | ) | CASE NO. 5:14CV1205 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORTHSTAR LOCATION SERVICES, LLC, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

The Court was informed by the docket entry at ECF No. 3 that the parties have settled this case. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before September 22, 2014, Plaintiff shall submit a Notice of Dismissal with Prejudice or the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

IT IS SO ORDERED.

 July 23, 2014   /s/ Benita Y. Pearson
Date    Benita Y. Pearson
    United States District Judge