UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Mary Peoples,<br><br>        Plaintiff,<br><br>v.<br><br>Northstar Location Services, LLC; and DOES 1-10, inclusive,<br><br>        Defendant. | Civil Action No.: 5:14-cv-01205-BYP |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

      Mary Peoples ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Court shall retain jurisdiction for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

Dated: January 5, 2015

Respectfully submitted,

                              By: /s/ *Sergei Lemberg*
                              Sergei Lemberg, Esq.
                              LEMBERG LAW, L.L.C.
                              A Connecticut Law Firm
                              1100 Summer Street, 3rd Floor
                              Stamford, CT 06905
                              Telephone: (203) 653-2250
                              Facsimile: (203) 653-3424
                              Attorneys for Plaintiff:
                              Mary Peoples

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2015, a true and correct copy of the foregoing Notice of Withdrawal of Complaint and Voluntary Dismissal of Action was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By /s/ Sergei Lemberg
                                                      Sergei Lemberg, Esq.